Mershimer *v.* Stevenson, Appellant.

Argued March 22, 1966. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*John L. Wilson,* with him *William C. Robinson,* and *Henninger & Robinson,* for appellant.

*Lee C. McCandless,* with him *McCandless and Mc-Candless,* for appellees.

OPINION PER CURIAM, April 19, 1966:
Order affirmed.